UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-tp-14009-Moore-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANE TODD ALLEN,

    Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, SHANE TODD ALLEN, appeared before the Court on November 15, 2023, represented by counsel, for a final hearing for violations of his supervised release. Defendant was convicted of Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and was sentenced to 120 months of imprisonment followed by 3 years of supervised release with certain special conditions. Defendant's term of supervised release commenced on May 5, 2023.

Defendant is now charged with the following violations of his conditions of supervision:

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On August 23 and 25, 2023, the defendant submitted urine specimens which tested positive for the presence of marijuana in our local laboratory; and subsequently were confirmed positive by Alere Toxicology Services, Incorporated.

2. **Violation of Mandatory Condition**, by refusing to submit to drug testing. On August 23, 2023, the defendant was instructed to report every Tuesday and Friday for drug testing beginning August 25, 2023. The defendant failed to report for drug testing on August 28 and September 1, 5, and 8, 2023.

3. **Violation of Special Condition**, by failing to participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of

treatment. The defendant was instructed to attend a treatment evaluation with ADAP Counseling Services on August 29, 2023, and he failed to do so.

At the hearing, Defendant knowingly, voluntarily, and with advice from counsel admitted to committing all violations of his supervised release.

Based on the foregoing, the Court **RECOMMENDS** that the District Court accept Defendant's admissions and find him guilty of committing all violations of his supervised release as charged in open court. The Court further **RECOMMENDS** that this matter be set down for sentencing before the presiding U.S. District Judge.

A party shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with U.S. District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida this 15th day of November 2023.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE